UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARVINE JONES : | CIVIL ACTION NO._____ |
| Plaintiff : | |
| : | |
| V. : | |
| : | |
| GC SERVICES LIMITED PARTNERSHIP : | |
| Defendant : | AUGUST  9, 2011 |
| : | |

**NOTICE OF REMOVAL**

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. 1331, 1441 and 1446, the defendant, GC Services Limited Partnership, ("Defendant"), through its undersigned counsel, Zeldes, Needle & Cooper, P.C., hereby gives notice of removal of this case to this Court from the Connecticut Superior Court for the Judicial District of Hartford at Hartford, in which this action is now pending. The Defendant appears solely for the purpose of removal and for no other purpose, reserving all defenses available to it. In support of this petition, the Defendant represents as follows:

1. An action was commenced against the Defendant in the Superior Court for the State of Connecticut in and for the Judicial District of Hartford at Hartford, entitled Marvine Jones v. GC Services Limited Partnership, bearing a return date of August 30, 2011. A copy of the summons and complaint received by Defendant is attached hereto as Exhibit A.

2.     The complaint is dated July 11, 2010.  The complaint was received by defendant by certified mail on July 18, 2010.  Removal of this action is therefore timely under 28 U.S.C. § 1446(b).  To the best of Defendant's knowledge, there have been no other motions or papers filed with the Superior Court.

3.     In the complaint in the above-described action, Plaintiff has claimed that Defendant violated the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692.

4.     This case is removable pursuant to 28 U.S.C. § 1441(a) and (b), since the Plaintiff's complaint alleges a violation of federal law.

5.     The case is removable pursuant to 28 U.S.C. § 1441(a) and (b) since the United States District Court has federal question jurisdiction over this action pursuant to 28 U.S.C. § 1331.

6.     As required by 28 U.S.C. § 1446(d), the Defendant will give notice of the filing of this notice to the Plaintiff and to the clerk of the Superior Court in and for the Judicial District of Hartford at Hartford, where the action is now pending.  A copy of the Notice to State Court of Filing of Notice of Removal is attached as Exhibit B.

WHEREFORE, the Defendant respectfully requests that the above action now pending against it in the Superior Court of Connecticut, Judicial District of Hartford at Hartford, be removed therefrom to this Court.

DEFENDANT GC SERVICES
LIMITED PARTNERSHIP

By: _____
Jonathan D. Elliot (ct05762)

ZELDES, NEEDLE & COOPER, P.C.
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, CT 06601-1740
Tel: (203) 333-9441
Fax: (203) 333-1489
Email: jelliot@znclaw.com

Its Attorneys

## CERTIFICATION OF SERVICE

I hereby certify that on **August 9, 2011**, a copy of foregoing **Notice of Removal** was filed with the court in accordance with the court's filing policies and procedures and was sent by U.S. mail to:

Joshua R.I. Cohen, Esq.
Law Office of Joshua R.I. Cohen, LLC
2074 Park Street, 2nd Floor
Hartford, CT 06106


Dated at Bridgeport, Connecticut on this 9th day of August, 2011.

/s/
───────────────
Jonathan D. Elliot